# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARROLL J. AUCOIN, JR. TONIE
A. AUCOIN AND AUCOIN
HOMESTEAD, L.L.C.

VERSUS

BAYOU LAFOURCHE FRESH WATER
DISTRICT, LOUISIANA COASTAL
PROTECTION AND RESTORATION
AUTHORITY, CH2M HILL, INC.
AND F. MILLER CONSTRUCTION,
LLC

NO. 2019 CW 1035

NOV 1 2 2019

---

In Re:   CH2M Hill, Inc., applying for supervisory writs, 23rd
         Judicial District Court, Parish of Assumption, No.
         33837.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT